IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| VICTORIA R. DUCRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| | ) | NO. _____ |
| v. | ) | |
| | ) | |
| RYAN K. ARCHER, | ) | |
| individually, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### NOTICE OF REMOVAL

COMES NOW defendant Ryan K. Archer, by and through the undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 hereby removes this action from the Superior Court of Clayton County to this Court. In support of removal, defendant shows the following:

1.

Plaintiff filed this action on or around September 17, 2013, in the Superior Court of Clayton County (the "state court action"). The state court action was designated Civil Action File No. 2013-CV-03874-6.

2.

All process, pleadings and orders served upon defendant are attached hereto as Exhibit "A."

3.

This Notice of Removal is filed within thirty (30) days of service of the summons and complaint on defendant.

4.

Plaintiff's complaint asserts claims under the Fourth Amendment to the United States Constitution and 42 U.S.C. § 1983, as well as state law claims.

5.

This action is a civil action of which the Court has original jurisdiction under 28 U.S.C. § 1331.

6.

This action may be removed to this Court by defendants pursuant to 28 U.S.C. § 1441 in that it arises under 42 U.S.C. § 1983 and the Fourth Amendment to the United States Constitution.

7.

Plaintiff's complaint therefor asserts claims over which the Court has original jurisdiction founded on a claim or right arising under the Constitution. 28 U.S.C. §§ 1441(b), 1331, 1345 and 1443. The Court has supplemental jurisdiction over the state law claims because they arise out of the same facts as plaintiff's federal claims such that they form part of the same case or controversy. 28 U.S.C. § 1367(a).

8.

Pursuant to 28 U.S.C. § 90(a)(2), the United States District Court for the Northern District of Georgia, Atlanta Division, is the district court having jurisdiction over the geographical area where the state court action is pending. Pursuant to 28 U.S.C. § 1446(a), defendant is entitled to remove this action from the Superior Court of Clayton County to this Court.

9.

Defendant has provided written notice of his filing of this Notice of Removal to plaintiff and the Clerk of Court for the Superior Court of Clayton County, a copy of which is attached hereto as Exhibit "B."

- 4 -

10.

Based on the foregoing, defendant respectfully requests that this Court allow removal and assert jurisdiction over the state court action.

                  **FREEMAN MATHIS & GARY, LLP**

                  */s/ A. Ali Sabzevari*
                  Jack R. Hancock
                  Georgia Bar No. 322450
                  jhancock@fmglaw.com
                  A. Ali Sabzevari
                  Georgia Bar No. 941527
                  asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

                  Attorneys for Defendant